UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUTIERREZ,<br>        Plaintiff,<br><br>    v.<br><br>R. BARNES,<br>        Defendant. | Case No. 15-cv-00295-JD<br><br>**ORDER OF TRANSFER** |

    This is a civil rights case brought pro se by a state prisoner. Plaintiff states that doctors at High Desert State Prison have stopped his pain medication. High Desert State Prison is located in within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis or his motion to stay.

    **IT IS SO ORDERED.**

Dated: March 9, 2015

                                                James Donato<br>                                       United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL GUTIERREZ,

    Plaintiff,

v.

R. BARNES,

    Defendant.

Case No.   15-cv-00295-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miguel Gutierrez ID: H-00435
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: 3/9/2015

Richard W. Wieking
Clerk, United States District Court

By _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2